UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**BARBARA PEARCE**

        Plaintiff,

vs.                             Case No. 19-CV-1867

**AURORA HEALTH CARE, INC.**
**LONG TERM DISABILITY PLAN**

   and

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,**

        Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Barbara Pearce, and Defendants, Aurora Health Care, Inc. Long Term Disability Plan and Hartford Life and Accident Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: this 27th day of March, 2020

                            **HAWKS QUINDEL, S.C.**

        By:    */s/ Danielle M. Schroder*
                  Danielle M. Schroder, State Bar No. 1079870
                  Email: dschroder@hq-law.com

Jessa L. Victor, State Bar No. 1099144
Email: jvictor@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236
Attorneys for Plaintiff, Barbara Pearce

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: */s/ Eric P. Mathisen*
Eric P. Mathisen
Eric.mathisen@ogletree.com
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Telephone: 219/242-8666
Facsimile: 219/2428669
Attorneys for Defendants

2